UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET S. LAPINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | No. CV 13-9131-GAF (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. The parties have not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS ORDERED that Judgment be entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with Report and Recommendation.

DATED: September 4, 2014

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　GARY A. FEESS
　　　　　　　　　　　　　　　　　　　　　　United States District Judge