JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET S. LAPINS, | CASE NO. 13-9131-GAF (AGR) |
| Plaintiff, | |
| | JUDGMENT |
| vs. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion and Order.

DATED: September 4, 2014

_____
GARY A. FEESS
United States District Judge

**JS-6**